# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA SANDOVAL, et al., ) | Case No. CV 12-5517 FMO (SHx) |
| Plaintiffs, ) | |
| v. ) | **JUDGMENT** |
| CARNIVAL CORPORATION, et al., ) | |
| Defendants. ) | |

Pursuant to the Court's Order Re: Motion to Dismiss, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice pursuant to, and on the conditions set forth, in the Court's Order Re: Motion to Dismiss, filed contemporaneously with the filing of this Judgment.

Dated this 15th day of September, 2014.

                                                        /s/
                                     Fernando M. Olguin
                                United States District Judge